

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00559-CR

ERIC JAMARR STEWART
v.
THE STATE OF TEXAS

On Appeal from the
186th District Court of Bexar County, Texas
Trial Court Cause No. 2022CR5230

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that certain judgments of the trial court should be affirmed as modified and the other judgment should be vacated. The Court VACATES the conviction under Count II for sexual assault of a child, and we AFFIRM the remainder of the convictions as modified.

We further order this decision certified below for observance.

August 15, 2024